**J. S. ABERCROMBIE COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 12831.

United States Court of Appeals
Fifth Circuit.

March 20, 1950.

Rehearing Denied April 13, 1950.

Fritz L. Lyne, Dallas, Tex., Karl H. Mueller, Fort Worth, Tex., for petitioner.

Marcel Mallet-Prevost, Principal Atty., David P. Findling, Associate General Counsel, A. Norman Somers, Assistant General Counsel, National Labor Relations Bd., Washington, D. C., for respondent.

Before HOLMES, McCORD, and BORAH, Circuit Judges,

PER CURIAM.

The petition to review the order of the Board is denied.

**Harold Duane BEAVERS, Appellant, v. W. Frank SMYTH, Superintendent of the State Penitentiary, Richmond, Virginina, Appellee.**

No. 6039.

United States Court of Appeals
Fourth Circuit.

Argued March 6, 1950.

Decided March 10, 1950.

Harold Duane Beavers, pro se, on brief.

Henry T. Wickham, Assistant Attorney General of Virginia (J. Lindsay Almond, Jr., Attorney General of Virginia, on brief), for appellee.

Before PARKER, Chief Judge, and SOPER and DOBIE, Circuit Judges.

PER CURIAM.

This appeal is dismissed on the authority of Washington v. Smyth, 4 Cir., 167 F.2d 658, Edmondson v. Swenson, 4 Cir., 165 F.2d 432, and Bernard v. Brady, 4 Cir., 164 F.2d 881.

Appeal dismissed.